UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| COURTNEY C. PROUD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:19-cv-335-PPS-APR |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The United States Magistrate Judge's Findings, Report and Recommendation [DE 14] were issued on August 10, 2020, and the 14-day window within to object has passed with no objections filed.

ACCORDINGLY: Upon careful consideration of the Magistrate Judge's Findings, Report and Recommendation and the lack of objections thereto, the Findings, Report and Recommendation [DE 14] are ACCEPTED AND ADOPTED.

The final decision of the defendant Commissioner of Social Security denying Plaintiff Courtney C. Proud's application for Social Security benefits is REVERSED and the case REMANDED for further proceedings.

SO ORDERED on September 1, 2020.

/s/   Philip P. Simon
PHILIP P. SIMON
UNITED STATES DISTRICT JUDGE